IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01070-WYD-MJW

AMANDA MARTINEZ,

Plaintiff(s),

v.

THE SAWAYA LAW FIRM, and
MICHAEL GEORGE SAWAYA, individually and on behalf of,
THE SAWAYA LAW FIRM,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Modify the Court's April 26, 2013 Order Setting the Scheduling Conference for July 8, 2013 (Docket No. 6) is granted to the extent that the Scheduling Conference set on July 8, 2013, at 10:00 a.m. is VACATED, and a Status Conference will instead be held on July 8, 2013, at 10:00 a.m. Plaintiff's counsel shall forthwith effectuate service on the defendants and be prepared to advise the court of the status of such service during the July 8 Status Conference. Plaintiff has had adequate time to serve the defendants in this case, noting that the action was commenced over two months ago on April 22, 2013.

Date: July 1, 2013