# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**   13-cv-01070-WYD-MJW | FTR - Courtroom A-502 |
| **Date:**    July 08, 2013 | Courtroom Deputy, Ellen E. Miller |
| *Parties* | *Counsel* |
| AMANDA MARTINEZ, | Troy D. Krenning  (by telephone) |
| Plaintiff(s), | |
| v. | |
| THE SAWAYA LAW FIRM,  and MICHAEL GEORGE SAWAYA, individually and on behalf of, THE SAWAYA LAW FIRM, | - - - - - |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:    **STATUS   CONFERENCE**
**Court in Session:**    10:10 a.m.
Court calls case.  Appearance of counsel for Plaintiff.

Plaintiff's motion for leave to file an amended complaint is discussed.

**It is ORDERED:**    Plaintiff's MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT [Docket No. **12**, filed July 03, 2013] is **GRANTED** for reasons as set forth on the record. The FIRST AMENDED COMPLAINT AND JURY DEMAND [12-1] is accepted for filing as of July 08, 2013.

**It is ORDERED:**    The caption is amended as follows and all future pleadings shall reflect the new Defendant names.

AMANDA MARTINEZ,

    Plaintiff,
v.

SAWAYA, ROSE, MCCLURE & WILHITE, P.C.,
T/A THE SAWAYA LAW FIRM,

    Defendant.

**It is ORDERED:**     A **RULE 16(b) SCHEDULING CONFERENCE** is set
**AUGUST 20, 2013   at   1:30 p.m.**
in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Counsel/pro se parties in this case shall hold a pre-scheduling conference meeting and prepare a proposed Scheduling Order.   Parties shall file  their proposed Scheduling Order **on or before AUGUST 13, 2013.**
Counsel/pro se parties shall prepare the proposed Scheduling Order in accordance with the form found in the forms section of the Court's website at www.cod.uscourts.gov .

Anyone seeking entry into a United States Courthouse is required to show a valid current photo identification.  See D.C.COLO.LCivR 83.2.  Failure to comply with this requirement may result in denial of entry to the courthouse.

The plaintiff shall notify all parties who have not entered an appearance, of the date and time of the scheduling/planning conference.

HEARING CONCLUDES.

**Court in recess:**    10:18 a.m.
Total In-Court Time:   00:08

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or     Toll Free    1-800-962-3345.