IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-01070-WYD-MJW

AMANDA MARTINEZ,

    Plaintiff,

v.

THE SAWAYA LAW FIRM, and
MICHAEL GEORGE SAWAYA, individually and on behalf of
THE SAWAYA LAW FIRM,

    Defendants

---

ORDER ( Docket No 12 )

---

AND NOW, this __8th__ day of __July__, 2013, it is hereby ORDERED that the Motion of Plaintiff, Amanda Martinez, for leave to file her First Amended Complaint is GRANTED. The Amended Complaint (Docket No 12-1) is Accepted for Filing To day

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO