IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01070-WYD-MJW

AMANDA MARTINEZ,

Plaintiff(s),

v.

SAWAYA, ROSE, MCCLURE & WILHITE, P.C.,
T/A THE SAWAYA LAW FIRM,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Plaintiff's Motion to Modify the Court's July 8, 2013 Order Setting the Scheduling Conference for August 20, 2013, is GRANTED.  The Scheduling Conference set on August 20, 2013, at 1:30 p.m. is VACATED and RESET on September 23, 2013, at 9:30 a.m.  The parties shall file their proposed Scheduling Order on or before September 16, 2013.

Date: August 15, 2013