IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01070-WYD-MJW

AMANDA MARTINEZ,

Plaintiff(s),

v.

SAWAYA, ROSE, MCCLURE & WILHITE, P.C.,
T/A THE SAWAYA LAW FIRM,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Plaintiff's Motion to Modify the Court's August 15, 2013 Order Setting the Scheduling Conference for September 23, 2013 (Docket No. 24) is DENIED.  This action was commenced almost five months ago (See Docket No. 1 - Complaint filed on April 22, 2013).  This is the third continuance sought by the plaintiff. (See Docket Nos. 6 and 20).  This is not a complex action.  Furthermore, there is no requirement that an Answer be filed prior to a Scheduling Conference.  The Scheduling Conference remains set on September 23, 2013, at 9:30 a.m.

Date: September 16, 2013