IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    13-cv-01070-WYD-MJW

AMANDA MARTINEZ,

    Plaintiff,

v.

THE SAWAYA LAW FIRM, and
MICHAEL GEORGE SAWAYA, individually and on behalf of
THE SAWAYA LAW FIRM,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Stipulation to Dismiss Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (ECF No. 33).   After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the case should be dismissed with prejudice.   Accordingly, it is

ORDERED that the Stipulation to Dismiss Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (ECF No. 33) is **APPROVED.**   This case is **DISMISSED WITH PREJUDICE**, with each party to pay its own attorney fees and costs.

Dated:   January 6, 2014

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
UNITED STATES SENIOR DISTRICT JUDGE